UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. *04 - 10267-DPW* |
| **v.** | ) |
| | ) VIOLATION: |
| HELDER RUI CABRAL MEDEIROS, | ) 8 U.S.C. § 1326 |
| a/k/a JAMIE CABRERA, | ) Illegal Re-entry of |
| a/k/a JAMES CABRERA, | ) Deported Alien |
| a/k/a LUIS LARA | ) |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 - Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about February 22, 2002, at Middleton, in the District
of Massachusetts,

HELDER RUI CABRAL MEDEIROS,
a/k/a JAMIE CABRERA,
a/k/a JAMES CABRERA,
a/k/a LUIS LARA,

defendant herein, being an alien and having been excluded,

deported and removed from the United States, attempted to enter,

entered, and was found in the United States without having

received the express consent of the United States Attorney

General.

All in violation of Title 8, United States Code, Sections
1326(a) and (b)(2).

1

A TRUE BILL

FOREPERSON OF GRAND JURY

William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, September 1, 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

2

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** _II_            **Investigating Agency** _ICE_

**City** _Middleton_              **Related Case Information:**

**County** _Essex_                Superseding Ind./ Inf. _____        Case No. _____
                                  Same Defendant _____ New Defendant _X_
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Helder Rui Cabral Medeiros_            Juvenile    ☐ Yes    ☒ No

Alias Name _Jamie Cabrera, James Cabrera, Luis Lara_

Address

Birth date: _1977_    SS#: _*** ** 5621_    Sex: _M_    Race: _Portuguese_    Nationality: _Portugal_

**Defense Counsel if known:** _____            **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _William H. Connolly_            **Bar Number if applicable** _634501_

**Interpreter:** ☒ Yes    ☐ No        **List language and/or dialect:**    _Portuguese_

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** _9/1/04_            **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**    Helder Rui Cabral Medeiros

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 8 U.S.C. § 1326(a) | Illegal Reentry of Deported Alien | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant      Helder Rui Cabral Medeiros**

JS 45.wpd – 3/13/02