896421

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Helder Rui Cabral Medeiros

DOB: 5/14/77

## WARRANT FOR ARREST

CASE NUMBER: 04-10267-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Helder Rui Cabral Medeiros___
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being an alien and having been deported from the United States, was found in the United States without having received the express consent of the United States Attorney General to reapply for admission to the United States.

in violation of
Title _____8_____ United States Code, Section(s) 1326 (a) and (b)

_Sheila Diskes_          _Operations Supervisor_
Name of Issuing Officer                  Title of Issuing Officer

_Sheila Diskes_          _9-1-04  Boston, Mass_
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____ by _____
                                                                                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 9/3/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____