UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10267-DPW

UNITED STATES OF AMERICA

v.

HELDER RUI CABRAL MEDEIROS

### MEMORANDUM AND ORDER OF DETENTION

September 23, 2004

DEIN, M.J.

The defendant is charged in a one count indictment with illegal re-entry of a deported alien in violation of 8 U.S.C. § 1326.  An initial appearance was held on September 2, 2004 at which time the government moved for a detention hearing on the grounds that the defendant poses a serious risk of flight in accordance with 18 U.S.C. § 3142(f)(2)(A).

The parties appeared for a detention hearing on September 8, 2004, at which time the defendant was represented by counsel.  At the defendant's request, the detention hearing was continued to September 17, 2004 and then to September 23, 2004.  A detention hearing was held on September 23, 2004, at which time Senior Special Agent Melvin Graham of ICE testified, and was subject to cross-examination by the defendant's counsel.  At the conclusion of Agent Graham's testimony, the government rested.  The defendant elected not to put on any evidence at this time.

At the hearing, the defendant, through counsel, consented to an order of detention without prejudice to his right to propose conditions of release at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)    That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)    On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing for the purpose of considering conditions of release, regardless whether there have been changed circumstances.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge