*filed in open court 10/20/04*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 04-10267-DPW |
| HELDER MEDEIROS ) | |

## JOINT INITIAL STATUS CONFERENCE REPORT

The United States of America, by Assistant U.S. Attorney William H. Connolly, and the defendant Helder Medeiros, by counsel Walter Underhill, Esq., jointly submit this memorandum pursuant to L.R. 116.5(A)(1)-(A)(7).

**(1) Whether relief should be granted from the otherwise applicable timing requirements imposed by L.R. 116.3:**

No.

**(2) Whether the defendant requests discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E):**

Yes, the defendant requests discovery concerning expert witnesses. The government will be required to present such discovery no less than fourteen days before the scheduled trial date. The defendant will provide reciprocal expert discovery no later than seven days before the scheduled trial date.

**(3) Additional Discovery:**

None.

**(4) Should motion date be established?**

Yes.

**(5) Periods of Excludable Delay:**

~~Both parties agree to exclude the period from September 17, 2004, to October 15, 2004, pursuant to Local Rule 112.2(A)(2).~~ The parties ~~also~~ agree to exclude the time from October 20, 2004, to the date set for Final Status Conference.

**(6) Is trial anticipated?**

Uncertain at this time. Should the matter proceed to trial, the case will take approximately four days.

**(7) Date for interim status conference:**

The parties do not request an interim status conference.

Helder Medeiros
Defendant

By: _____
Walter Underhill, Esq.
Attorney for Defendant

MICHAEL J. SULLIVAN
United States Attorney

By: _____
William H. Connolly
Assistant U.S. Attorney