IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10267-DPW |
| HELDER MEDEIROS | ) | |

JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

The parties respectfully request a continuance of the Final Status Conference to a date after November 30, 2004. As grounds for this motion, the parties state that defense counsel has a scheduling conflict and is unable to attend. The parties respectfully request a continuance to December 17, 2004. In addition, the parties request that the time between November 30 and December 17 be excluded in the interests of justice.


Helder Medeiros                           MICHAEL J. SULLIVAN
Defendant                                 United States Attorney

By: /s/ Walter Underhill (WHC)      By:   /s/ William H. Connolly
Walter Underhill, Esq.                    William H. Connolly
Attorney for Defendant                    Assistant U.S. Attorney