UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10267-DPW

UNITED STATES OF AMERICA

v.

HELDER RUI CABRAL MEDEIROS

## FURTHER ORDER ON EXCLUDABLE TIME

November 30, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for November 30, 2004. The parties have jointly requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 30, 2004 - December 17, 2004

that being the period between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for December 17, 2004 at 2:45 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not**

only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

/s/ Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge