UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10267-DPW

UNITED STATES OF AMERICA

v.

HELDER RUI CABRAL MEDEIROS

**FURTHER ORDER ON EXCLUDABLE TIME**

December 17, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 17, 2004 through March 7, 2005,

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated September 8, 2004, October 20, 2004, November 30, 2004, and this order, at the time of the Final Status Conference on March 7, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (October 6, 2004 - October 19, 2004) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge