IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION |
| v. | ) ) | NO. 04-10267-DPW |
| HELDER MEDEIROS | ) | |

JOINT MEMORANDUM FOR ~~FINAL~~ STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. No motions are anticipated at this time.

6. No schedules need to be set.

7. It is uncertain at this time whether the case will be resolved prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court.

9. If required, the parties anticipate that trial should take not more than five days.

Helder Medeiros
Defendant

By: /s/ Walter Underhill
Walter Underhill, Esq.
Attorney for Defendant

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William H. Connolly
William H. Connolly
Assistant U.S. Attorney