UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10267-DPW

UNITED STATES OF AMERICA

v.

HELDER RUI CABRAL MEDEIROS

**FINAL STATUS REPORT**

March 9, 2005

DEIN, M.J.

A Final Status Conference, originally scheduled for March 7, 2005, was held before this court on Wednesday, March 9, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It is not anticipated that a trial will be necessary, but to date no final plea agreement has been reached.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. Based upon the prior orders of the court dated September 8, 2004, October 20, 2004, November 30, 2004, December 17, 2004, and the order entered herewith, at the time of the Final Status Conference on March 9, 2005, were **fourteen (14) days of non-excludable time** under the Speedy Trial Act (October 6, 2004 - October 19, 2004) and **fifty-six (56) days remaining** under the Speedy Trial Act in which this case must be tried.

5. It is estimated that if the case goes to trial, the trial will last approximately four (4) days.

6.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                  / s / Judith Gail Dein
                                  Judith Gail Dein
                                  United States Magistrate Judge