UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10267-DPW |
| | ) | |
| HELDER MEDEIROS | ) | |
| | ) | |

<u>JOINT MEMORANDUM FOR STATUS CONFERENCE</u>

The parties submit this Joint Memorandum For Status Conference pursuant to this Court's prior order. The parties anticipate a resolution of the case, but need some additional time to resolve some issues relevant to a plea agreement.

1. Suggested Rule 11 dates: May 10, 11, 12, and 13. If the case proceeds to trial, the parties request a later trial date.

2. There are no pending motions.

3. The parties expect a plea.

4. An interpreter **is not** requested.

5. The defendant is in federal custody.

6. The defendant is not a fugitive.

Respectfully submitted,                Respectfully submitted,

MICHAEL J. SULLIVAN                    HELDER MEDEIROS
United States Attorney,                By His Attorney,
By:


/s/ WILLIAM H. CONNOLLY                /s/ WALTER UNDERHILL
WILLIAM H. CONNOLLY                    WALTER UNDERHILL
Assistant U.S. Attorney                (617) 523-5858
(617)748-3174

-1-

```
DATE:      March 17, 2005
```

```
DATE:      March 17, 2005
```