UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-10267-DPW |
| | ) | |
| V. | ) | |
| | ) | |
| HELDER MEDEIROS | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

    Now comes the Defendant, Helder Medeiros, through his counsel and moves that his sentencing hearing be continued from Monday, August 1, 2005, and rescheduled to a date convenient for the Court and the parties. I spoken to AUSA William Connolly and he agrees to the date suggested by the Court, August 26, 2005 at 2:30 PM and he assents to this continuance.

    In support of this motion the defendant's counsel states that he has badly injured his back this morning and expects to be unable to attend court for at least one week from today, July 28, 2005.

                                                                          The defendant,
                                                                          HELDER MEDEIROS
                                                                          By his attorney,

                                                                          '/s/Walter H. Underhill, Esquire'
                                                                          Walter H. Underhill, Esq.
                                                                          66 Long Wharf
                                                                          Boston, MA
                                                                          02110
                                                                          4th. Floor
                                                                          Tel. # 617-523-5858
                                                                          B.B.O. # 506300

RULE 7.1 CERTIFICATION

      Defense counsel and AUSA William Connolly agree to the date suggested by the Court, August 26, 2005 at 2:30 PM.

SIGNED:      <u>'/s/Walter H. Underhill, Esquire'</u>

DATE:      <u>July 28, 2005</u>