UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-10267-DPW |
| ) | |
| V.    ) | |
| ) | |
| HELDER MEDEIROS    ) | |

### SUBMISSION OF LETTERS FOR CONSIDERATION AT SENTENCING

Now comes the Defendant, Helder Medeiros, through his counsel and submits two letters, one from the defendant's wife, Olga Torres, and one from his mother, Lucia Medeiros for the Court's consideration at the defendant's sentencing.

> The defendant,
> HELDER MEDEIROS
> By his attorney,
>
> '/s/Walter H. Underhill, Esquire'
> Walter H. Underhill, Esq.
> 66 Long Wharf
> Boston, MA
> 02110
> 4th. Floor
> Tel. # 617-523-5858
> B.B.O. # 506300

### CERTIFICATE OF SERVICE

I, Walter Underhill, hereby certify that I have served a copy of these letters upon, AUSA William Connolly, today, August 23, 2005.

SIGNED: _____

DATE:    August 23, 2005

To Whom it May Concern,

When my son was arrested on Jan 26, 02, I spoke to Richardo Santos an officer of INS because he spoke portuguese. In regards to my son that was deported to Portugal and re-entered the country.I told him my son was in the USA. So they can re-deport him. He told me why was I calling him to let INS know that he was in the country. One week later I called him again and he told me to call the deportation officer Tom Carol.

Then my daughter-in-law spoke to him and Tom Carol said that once in the INS custody that they would re-deport him. That he had to wait until my son cleared his warrants from 1998. So they never flew my son until August 15, 04. When he was released from state custody. Mean while I wa stalking to Tom Carol supervisor Kevin Yavis that told me that my son would be re-deported once out of state custody. When my son was about to be released from state custody. I sold everything I had to move to Portugal to wait for my son. But that never happened. My daughter-in-law called me and said that my son was charged with another re-entering the country. I was misinformed by INS. I had to come back from Portugal.To be with my son and help him.

Thank you,
Lucia Medeiros

Thursday, July 28, 2005

To Whom It May Concern:

This letter is to inform you about what happen to me my husband Helder Medeiros. When he was arrested I called INS so they can deport him. When I called I spoke to Tom Carol that was his deportation officer. At that time he told me that once in INS custody he was going to be re-deported. So at that time we waited to for him to finish his sentence. But I was still calling him and his supervisor Kevin Yavis and they still told me that once in there custody he would be re-deported. The time can when his time was served and he was in INS custody Kevin Yavis told me to send him my husband passport because he would be re-deported and for him not to be waiting in jail any longer. But that didn't happen they waited 17 days and charged him with re-entering the country. I was very confuse I didn't know what was going on. I'm trying to help my husband and my children be together again. We have 2 daughters and we would like to be a family again. Thank you for your time.

Thank you,

*[signature]*

Olga Torres

To Whom it May Concern,

When my son was arrested on Jan 26, 02, I spoke to Richardo Santos an officer of INS because he spoke portuguese. In regards to my son that was deported to Portugal and re-entered the country. I told him my son was in the USA. So they can re-deport him. He told me why was I calling him to let INS know that he was in the country. One week later I called him again and he told me to call the deportation officer Tom Carol.

Then my daughter-in-law spoke to him and Tom Carol said that once in the INS custody that they would re-deport him. That he had to wait until my son cleared his warrants from 1998. So they never flew my son until August 15,04. When he was released from state custody. Mean while I wa stalking to Tom Carol supervisor Kevin Yavis that told me that my son would be re-deported once out of state custody. When my son was about to be released from state custody. I sold everything I had to move to Portugal to wait for my son. But that never happened. My daughter-in-law called me and said that my son was charged with another re-entering the country. I was misinformed by INS. I had to come back from Portugal. To be with my son and help him.

Thank you,
Lucia Medeiros